CMR

2 Street

In The United States District Court
For The Eastern District of Pennsylvania

vs.

Douglas H. Shulman,
In His Official Capacity As
Commissioner of Internal Revenue

: Civil Action No.
: 10-4307
:
:
:
:

**Praecipe to Issue Alias Summons**

Kindly issue a new summons as to Defendant Douglas H. Shulman.

/s/ [signature]

1 Sept - 2010

FILED
SEP 01 2010
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk