United States District Court
for the Eastern District of Pennsylvania

Z STREET
Plaintiff

vs.

Case Number   10-4307

DOUGLAS H. SHILMAN, IN HIS OFFICIAL
CAPACITY AS COMMISSIONER OF
INTERNAL REVENUE
Defendant

**FILED**
SEP 01 2010
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

Acceptance of Service by the United States Attorney

I __Kehinde Soetan__ (print name) hereby accept service on behalf of the United States Attorney (only).

_____
For the United States Attorney (Signature)

__Kehinde Soetan__
Print Name

__9/1/10__
Date