

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Z STREET, INC.,                           )
                                          )
          Plaintiff,                      )        No. 2:10-cv-04307-CMR
                                          )
          v.                              )
                                          )
DOUGLAS H. SHULMAN,                       )
IN HIS OFFICIAL CAPACITY AS               )
COMMISSIONER OF INTERNAL                  )        **FILED**
REVENUE,                                  )
                                          )        NOV 2 9 2010
          Defendant.                      )
                                                   MICHAEL E. KUNZ, Clerk
                                                   By _____ Dep. Clerk

ORDER

Having considered the United States' uncontested motion to extend time in

which to file a motion and reply brief, the Court:

GRANTS the motion; and

ORDERS that the United States motion for leave to file a reply with the reply

brief attached must be filed no later than December 9, 2010.

DATE: _Nov 29th, 2010_         _____
                               UNITED STATES DISTRICT JUDGE

ENTERED
NOV 30 2010
CLERK OF COURT